UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM MIZRAHI,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; VERIZON WIRELESS SERVICES, LLC,<br><br>        Defendants. | CASE NO. 2:23-cv-4570-NCM-JAM |

**NOTICE OF MOTION TO COMPEL COMPLIANCE
WITH NON-PARTY SUBPOENA AGAINST LANDSTONE EQUITIES, LLC**

PLEASE TAKE NOTICE that, upon the points and authorities set forth in the accompanying Memorandum of Law in Support of Experian Information Solutions, Inc.'s Motion to Compel Compliance With Non-Party Subpoena Against Landstone Equities, LLC, Experian will move this Court on a date and time to be set by the Court, before the Honorable Natasha C. Merle, United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order, pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) to compel compliance with non-party subpoena against Landstone Equities, LLC.

Respectfully submitted this 8th day of February, 2024.

 */s/ Michael T. Paslavsky*
Michael T. Paslavsky
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3786
Email: mpaslavsky@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court. I further certify on February 9, 2024, I will serve a copy of the foregoing document on the following individuals via electronic mail and United States Mail, Postage Prepaid:

Landstone Equities, LLC
4502 17th Ave.
Brooklyn, NY 11204
Email: leah@landstonecapitalgroup.com

*/s/ Michael T. Paslavsky*
Michael T. Paslavsky
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3786
Email: mpaslavsky@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc.*