# Exhibit B

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:23-cv-04570-HG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Landstone Equities, LLC
on *(date)* 01/17/2024 .

☑ I served the subpoena by delivering a copy to the named individual as follows:

"Jane Doe" - Receptionist

on *(date)* 01/17/2024 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/20/2024

*Server's signature*

Shiv Patel - Process Server
*Printed name and title*

22 West 48th Street (#1006) - NY, NY 10036
*Server's address*

Additional information regarding attempted service, etc.:

Service was performed at 4502 17th Avenue - Brooklyn, New York 11204
Service was perfeted @ 3:00 PM
Jane Doe is described as: Caucasion / Female / Dark Brown Hair / Blue Eyes / 5' 5" / 130-140 lbs. / 25-30 years old