# Exhibit C

## Paslavsky, Michael T.

| | |
|---|---|
| **From:** | Paslavsky, Michael T. |
| **Sent:** | Tuesday, January 30, 2024 10:16 AM |
| **To:** | leah@landstonecapitalgroup.com |
| **Cc:** | Tobitsch, Kerianne N. |
| **Subject:** | RE: Subpoenas in the Matter of Mizrahi vs. Equifax Info. Sols., Inc., 23-cv-4570 (E.D.N.Y.) |
| **Attachments:** | Subpoena to Landstone Equities, LLC.pdf |

Ms. Paskus— I'm writing to you as counsel for Experian Information Solutions, Inc. to inquire whether you will be appearing for your deposition scheduled for today, January 30, 2024, at 10 a.m. E.T.  Landstone was served with a subpoena for testimony and documents on January 17, 2024, in the matter of *Adam Mizrahi vs. Equifax Information Solutions, Inc., et al.*, 23-cv-4570-HG (E.D.N.Y.).  We are once again providing you with the zoom link to your remote deposition that was given to you in the deposition notice attached to the subpoena.

- https://esquiresolutions.zoom.us/j/96360259200?pwd=ckZEdjhwM0Z1cWhEV2JkdmVaVXJpQT09
- Meeting ID:  96360259200
- Meeting Passcode (if needed):  10784451

Moreover, as of this email, Landstone has not produced any documents as requested in the subpoena.  Experian reserves all rights to enforce this subpoena.

If Landstone is represented by counsel in this matter, please let us know the name and contact information for Landstone's counsel so that we may reach out to them directly.

Thank you,

Michael T. Paslavsky
Associate
**JONES DAY® - One Firm Worldwide®**
250 Vesey Street
New York, NY 10281
Office +1.212.326.3786

---

**From:** Tobitsch, Kerianne N. <ktobitsch@jonesday.com>
**Sent:** Monday, January 29, 2024 3:08 PM
**To:** leah@landstonecapitalgroup.com
**Cc:** Paslavsky, Michael T. <mpaslavsky@jonesday.com>
**Subject:** RE: Subpoenas in the Matter of Mizrahi vs. Equifax Info. Sols., Inc., 23-cv-4570 (E.D.N.Y.)

Ms. Paskus,

I am writing to you as counsel for Experian Information Solutions, Inc. to inquire whether you will be appearing for your deposition scheduled for tomorrow, January 30, 2024, at 10:00 am ET.  Landstone was served with the attached subpoena for testimony and documents on January 17, 2024, in the matter of *Adam Mizrahi vs. Equifax Information Solutions, Inc., et al.*, 23-cv-4570-HG (E.D.N.Y.).  We are once again providing you with the zoom link to your remote deposition that was given to you in the deposition notice attached to the subpoena.

- https://esquiresolutions.zoom.us/j/96360259200?pwd=ckZEdjhwM0Z1cWhEV2JkdmVaVXJpQT09
- Meeting ID:  96360259200
- Meeting Passcode (if needed):  10784451

If Landstone is represented by counsel in this matter, please let us know the name and contact information for Landstone's counsel so that we may reach out to them directly.

Thank you,

Kerianne Tobitsch
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.8321
Fax +1.212.755.7306
ktobitsch@jonesday.com

---

**From:** Paslavsky, Michael T. <mpaslavsky@jonesday.com>
**Sent:** Saturday, January 27, 2024 12:10 AM
**To:** info@landstoneequities.com
**Cc:** Tobitsch, Kerianne N. <ktobitsch@jonesday.com>
**Subject:** Subpoenas in the Matter of Mizrahi vs. Equifax Info. Sols., Inc., 23-cv-4570 (E.D.N.Y.)

Mr. Jankovits and Landstone Equities—I'm writing to you as counsel for Experian Information Solutions, Inc. to inquire whether you will be appearing for your depositions scheduled for January 29, 2024, at 10 a.m. ET and January 30, 2024, at 10 a.m. ET, respectively. You were served with subpoenas for testimony on January 12, 2024, and January 17, 2024, respectively, in the matter of *Adam Mizrahi vs. Equifax Information Solutions, Inc., et al.*, 23-cv-4570-HG (E.D.N.Y.). We are once again providing you with the zoom link to your remote depositions that were given to you in the deposition notices attached to the subpoenas.

- **Mr. Jankovits deposition zoom link**:
    - https://esquiresolutions.zoom.us/j/97302395586?pwd=b3FBam9BeE10WG16SVJUL1p4bWhYUT09
    - Meeting ID: 97302395586
    - Meeting Passcode (if needed): 10784450

- **Landstone Equities' zoom link**:
    - https://esquiresolutions.zoom.us/j/96360259200?pwd=ckZEdjhwM0Z1cWhEV2JkdmVaVXJpQT09
    - Meeting ID: 96360259200
    - Meeting Passcode (if needed): 10784451

Additionally, both Mr. Jankovits and Landstone Equities were served with requests for documents on January 22, 2024, and January 17, 2024, respectively. No documents have been produced. Experian reserves all rights to enforce these respective subpoenas if documents are not produced.

Sincerely,

Michael


Michael T. Paslavsky
Associate
**JONES DAY® - One Firm Worldwide®**
250 Vesey Street
New York, NY 10281
Office +1.212.326.3786