# Exhibit D

1              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW YORK
2              Civil Action No. 23-cv-4570-HG

3  ADAM MIZRAHI,

4              Plaintiff,

5     v.

6  EQUIFAX INFORMATION SOLUTIONS,
  et al.; EXPERIAN INFORMATION
7  SOLUTIONS, INC.; VERIZON
  WIRELESS SERVICES, LLC,

8

9             Defendants.
  _____

10

11

12

13         REMOTE STATEMENT ON THE RECORD

14

15           DATE: January 30, 2024

16       REPORTED BY:  MICHAEL FRIEDMAN, CCR

17

18

19

20

21

22        ESQUIRE DEPOSITION SOLUTIONS, LLC
       1384 Broadway - 22nd Floor
23       New York, New York  10018
        (212) 687-2010

24

25  JOB  # J 10784451



STATEMENT ON THE RECORD                          January 30, 2024
ADAM MIZRAHI vs EQUIFAX

1                    TRANSCRIPT of the STATEMENT ON THE

2        RECORD, taken by and before MICHAEL FRIEDMAN, a

3        Notary Public and Certified Court Reporter of the

4        State of New Jersey, via video teleconference, by

5        Zoom, on January 30, 2024, commencing at

6        approximately 10:30 in the morning.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



STATEMENT ON THE RECORD                    January 30, 2024
ADAM MIZRAHI vs EQUIFAX

```
 1   A P P E A R A N C E S:

 2

 3

 4   STEIN SAKS, PLLC
     One University Plaza
     Suite 620
 5   Hackensack, New Jersey  07601
     BY:   TAMIR SALAND, ESQ.
 6         NOT PRESENT
     Attorneys for Plaintiff
 7

 8

 9

10   JONES DAY, LLC
     250 Vesey Street
     New York, New York  10281
11   BY:   MICHAEL PASLAVSKY, ESQ.
     Attorneys for Experian Information Solutions, Inc.
12

13

14   CLARK HILL, PLC
     210 Carnegie Center
15   Suite 102
     Princeton, New Jersey  08540
16   (609) 785-2999
     BY:   BORIS BROWNSTEIN, ESQ.
17         NOT PRESENT
     Attorneys for Equifax Information Services, LLC
18

19

20   Also Present:   ANNA SAUNDERS, Videographer
                     (Statement on Record was NOT
21                    Videotaped)

22

23

24

25
```



1          CERTIFIED SHORTHAND REPORTER:  My

2     name is Michael Friedman, a Certified

3     Shorthand Reporter and Notary Public of

4     the State of New Jersey.  This

5     deposition is being held via

6     videoconference equipment.

7          The witness and reporter are not in

8     the same room.  The witness will be

9     sworn in remotely, pursuant to agreement

10    of all parties.  The parties stipulate

11    that the testimony is being given as if

12    the witness was sworn in person.

13

14

15

16

17

18

19

20

21

22

23

24

25



1        MR. PASLAVSKY:  Good morning.

2    Experian served Landstone Equities LLC

3    with a third-party subpoena for

4    testimony and documents on January 17,

5    2024.

6        The subpoena noticed Landstone's

7    deposition for today, January 30, 2024

8    at 10:00 a.m. Eastern time.

9        Counsel for Experian e-mailed

10   Landstone yesterday to remind it of the

11   deposition scheduled for today.

12       Landstone did not appear for its

13   deposition this morning.  Counsel for

14   Experian e-mailed Landstone again at

15   approximately 10:15 a.m. Eastern time to

16   inquire whether it could be attending

17   the deposition, but it received no

18   response.

19       The time is now 10:30 a.m. Eastern

20   time.  Experian will try to reschedule

21   Landstone's deposition or else Experian

22   moves to compel Landstone's deposition

23   before a court in the appropriate

24   jurisdiction.  This deposition will

25   resume.



1        Mike, we'd like to file this today,

2    can I get the transcript today?

3        THE COURT REPORTER:  Sure, not a

4    problem.

5        (Proceeding concluded at 10:31

6    a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1              C E R T I F I C A T E

 2              I, MICHAEL FRIEDMAN, a Certified Court

 3    Reporter of the State of New Jersey, certify that

 4    the foregoing is a true and accurate transcript of

 5    the proceedings in the above-entitled matter at the

 6    time and place aforesaid.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22    _____

23    MICHAEL FRIEDMAN

24    License No:  30XI0022800

25    Dated:  January 30, 2024
```

