# Exhibit E

# Paslavsky, Michael T.

| | |
|---|---|
| **From:** | Tobitsch, Kerianne N. |
| **Sent:** | Tuesday, January 30, 2024 10:15 PM |
| **To:** | levensonlawgroup@gmail.com; levesonlawgroup@gmail.com |
| **Cc:** | Vogt, John A. |
| **Subject:** | Subpoenas to Landstone Equities and Amrom Jankovits |

Mr. Stern,

Thank you for speaking with us this afternoon regarding the subpoenas served by Experian on Landstone Equities, LLC and Amrom Jankvits. Can you please confirm that you are a licensed attorney and that you represent both Landstone Equities, LLC and Amrom Jankvits? We have been trying to reach you at the email address you provided during our phone call (levensonlawgroup@gmail.com), but our messages were returned as undeliverable.

Thank you,

Kerianne Tobitsch
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.8321
Fax +1.212.755.7306
ktobitsch@jonesday.com