UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Adam Mizrahi,

                          Plaintiff,

    -v.-

Experian Information Solutions, Inc.,
Equifax Information Services, LLC,
Verizon Wireless Services, LLC,

                          Defendants.

-------------------------------------------------------------------------x

Civil Action No: 2:23-cv-4570

## JOINT STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Equifax Information Services, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 18, 2024

| **For Plaintiff Adam Mizrahi** | **For Defendant Equifax Information Services, LLC** |
|---|---|
| */s/ Tamir Saland*<br>Tamir Saland<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>tsaland@steinsakslegal.com | */s/ Steven M. Richman*<br>Steven M. Richman<br>Clark Hill PLC<br>210 Carnegie Center Suite 102<br>Princeton, NJ 08540<br>Ph: (609)-785-2923<br>srichman@clarkhill.com |

1

|  |  |
|--|--|

## **CERTIFICATE OF SERVICE**

I certify that on March 18, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Tamir Saland</u><br>
Tamir Saland<br>
<b>Stein Saks, PLLC</b><br>
One University Plaza<br>
Hackensack, NJ 07601<br>
<i>Attorneys for Plaintiff</i>